**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0251 MMC |
| Plaintiff, | **ORDER GRANTING MOTION FOR SELF-REPRESENTATION** |
| v. | |
| FREDERICK LIM JOHNSON, | |
| Defendant. | |

The Court having found the above-named defendant has knowingly and voluntarily waived his right to counsel, said defendant's motion to represent himself in the above-titled action is hereby GRANTED; said defendant's counsel of record is hereby relieved of any further obligation to represent said defendant, and said defendant will henceforth proceed pro se herein.

For purposes of service, all further documents filed with the Court or to which said defendant is otherwise entitled shall be served upon him at the following address:

> Frederick Lim Johnson
> Prisoner # UGT 760
> Santa Rita Jail
> 5325 Broder Blvd.
> Dublin, CA  94568

**IT IS SO ORDERED.**

Dated: June 12, 2008

_____
MAXINE M. CHESNEY
United States District Judge