IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK LIM JOHNSON,<br><br>　　　　Defendant.<br>_____/ | No. CR 08-0251 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR ORDER OF VISITATION** |

Before the Court is defendant Frederick Lim Johnson's proposed order authorizing family visits by his children and their mothers.

Although the mothers are identified by name, the number and ages of the children are not provided. Further, the Court is advised that children, as family members, are allowed to visit without need of a court order.

Accordingly, the request for an order is hereby denied without prejudice to said defendant's providing a further showing, if he can do so, that the contemporaneous presence of the children's mothers at the visits by the children is necessary.

**IT IS SO ORDERED.**

Dated: March 6, 2009

_____
MAXINE M. CHESNEY
United States District Judge