HUGH ANTHONY LEVINE (CSBN 69857)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 732-6101
Facsimile: (415) 255-7264
Email: halesq@ix.netcom.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-0251-MMC |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S ADDENDUM TO MOTION |
| | ) | TO SUPPRESS STATEMENTS. |
| vs. | ) | |
| | ) | |
| FREDERICK LIM JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant submits the within additional case citation in support of his motion to suppress statements, filed July 30, 2009.

                                        Respectfully submitted,

                                        _____/s/_____

                                        HUGH ANTHONY LEVINE
                                        Attorney for Defendant

**Deft's Addendum to Mtn. to Suppress Stmts.**    1

1 *United States v. Perez*, 733 F.2d 1026, 1035-36 (2d Cir. 1984) [affirming suppression of statement under 18 U.S.C. §3501 and Rule 5(a) where 23-hour delay in presentment of arrestee to judicial officer was impermissible because the government used the delay to apprehend a codefendant while the government had other resources available to do so].

////
////
////

**Deft's Addendum to Mtn. to Suppress Stmts.**     2