| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CABN 230237)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488
Fax: (415) 436-7234
derek.owens@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FREDERICK LIM JOHNSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR 08-0251 MMC<br><br>  ORDER GRANTING<br><br>**MOTION ~~AND [PROPOSED] ORDER~~<br>TO DISMISS COUNT SIX AND COUNT<br>EIGHT OF THE INDICTMENT** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss Count Six and Count Eight of the above Indictment pending against FREDERICK LIM JOHNSON without prejudice.

                                                                                Respectfully submitted,

                                                                                JOSEPH P. RUSSONIELLO
                                                                                United States Attorney

DATED:      9/1/2009                                  /s/ Derek Owens
       _____        _____
                                                                                DEREK OWENS
                                                                                Assistant United States Attorney

//

MOTION AND [PROPOSED] ORDER TO DISMISS
COUNT SIX AND COUNT EIGHT OF THE INDICTMENT
CR 08-0251 MMC

1
2     The Court hereby grants leave to dismiss Count Six and Count Eight of the above Indictment
3  pending against FREDERICK LIM JOHNSON without prejudice.
4
5  DATED: September 2, 2009                    _____
6                                                                    THE HONORABLE MAXINE M. CHESNEY
7                                                                    United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION AND [PROPOSED] ORDER TO DISMISS
COUNT SIX AND COUNT EIGHT OF THE INDICTMENT
CR 08-0251 MMC