1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9
                                    UNITED STATES DISTRICT COURT
10
                                  NORTHERN DISTRICT OF CALIFORNIA
11
                                         SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )    No. CR 08-0251 MMC
14                                      )
           Plaintiff,                   )
15                                      )    STIPULATION AND [PROPOSED]
       v.                               )    ORDER CONTINUING SENTENCING
16                                      )    HEARING
   FREDERICK LIM JOHNSON,               )
17                                      )
           Defendant.                   )
18 _____ )

19
20      In August 2009, the defendant, Frederick Lim Johnson, was found guilty of bank robbery.

21 The Court scheduled a sentencing hearing for November 18, 2009 at 2:30 p.m.  Since that time,

22 the U.S. Probation Officer assigned to the case has indicated to counsel that more time is needed

23 to complete the presentence investigation for the case.  Due to December travel schedules and

24 other scheduled appearances in front of Judge Hamilton in Oakland, neither counsel have

25 availability on a Wednesday in December.  Government counsel has consulted with the Court's

26 Courtroom Deputy and confirmed the Court's availability for a special setting on either

27 December 1, 2009 or December 14, 2009 after 3:00 p.m.  Depending on which date the Court

28 prefers, the parties hereby jointly and respectfully request that the sentencing hearing scheduled

STIP. AND ORDER
CR 08-0251 MMC

for November 18, 2009 be continued to either December 1, 2009 or December 14, 2009.

SO STIPULATED:

                                                    JOSEPH P. RUSSONIELLO
                                                  United States Attorney

DATED: 11/3/2009                             /s/ Derek Owens
_____       _____
                                                  DEREK OWENS
                                                  Assistant United States Attorney

DATED: 11/3/2009                             /s/ Hugh Levine
_____       _____
                                                  HUGH LEVINE
                                                 Attorney for Mr. Johnson

The sentencing hearing previously scheduled for November 18, 2009 is hereby vacated and continued to ~~December~~ January 20, ~~2009~~ 2010 at 2:30 pm before the Honorable Maxine M. Chesney.

SO ORDERED.

DATED: November 13, 2009                         /s/ Maxine M. Chesney
                                                       THE HON. MAXINE M. CHESNEY
                                                       United States District Court Judge